UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF:<br><br>THE SEIZURE OF $162,605 IN U.S. CURRENCY BY THE UNITED STATES POSTAL INSPECTION SERVICE | CASE NO. MC21-0048RSL<br><br>**ORDER EXTENDING GOVERNING CAFRA DEADLINE PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Stipulation and Request the Court Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. § 983(a)(3)(A)*. In light of the Parties' agreement, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court ORDERS:

1. The Civil Asset Forfeiture Reform Act (CAFRA) deadline governing the administrative claims filed to the $162,605 in U.S. currency is HEREBY EXTENDED from April 20, 2021 **to June 19, 2021**.

Order Extending Governing CAFRA Deadline - 1
*In the Matter of the Seizure of $162,605 in U.S. Currency by USPIS*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 19th day of April, 2021.

*MMT S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov
*Counsel for the United States*

*/s Linda Dale Hoffa*
LINDA DALE HOFFA
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
(267) 767-6275
LHOFFA@dilworthlaw.com
*Counsel for Claimants*

Order Extending Governing CAFRA Deadline - 2
*In the Matter of the Seizure of $162,605 in U.S. Currency by USPIS*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970